```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 03929
    KAREN SCHLABACH
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-9391


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/03/04 and confirmed on 04/09/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   27607.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
HSBC                       CURRENT MORTG          .00           .00           .00
CAPITAL ONE FINANCIAL      UNSECURED         1965.55         61.39       1965.55
CAPITAL ONE FINANCIAL      UNSECURED         1525.47         47.53       1525.47
CAPITAL ONE FINANCIAL      FILED LATE            .00           .00           .00
CAPITAL ONE FINANCIAL      UNSECURED          983.78         30.74        983.78
CALVARY INVESTMENTS        UNSECURED         1338.26         41.75       1338.26
ECAST SETTLEMENT CORPORA   UNSECURED          532.98         16.80        532.98
ECAST SETTLEMENT CORPORA   UNSECURED         8184.11        255.44       8184.11
ECAST SETTLEMENT CORPORA   UNSECURED         4131.87        128.60       4131.87
PROVIDENT BANK             FILED LATE            .00           .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         3219.81        100.44       3219.81
CITI/SEARS                 FILED LATE            .00           .00           .00
CARD SERVICE CENTER        UNSECURED         1005.62         31.50       1005.62
WALMART                    UNSECURED        NOT FILED          .00           .00
JANET L WATSON             REIMBURSEMENT       26.00           .00         26.00
ECAST SETTLEMENT CORPORA   UNSECURED          455.41         13.83        455.41
CAPITAL ONE FINANCIAL      UNSECURED          520.31         15.39        520.31
        Summary of disbursements:
------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00        26.00     23863.17        .00     23889.17
PRINCIPAL PAID            .00        26.00     23863.17        .00     23889.17
INTEREST PAID             .00          .00       743.41        .00       743.41
TOTAL PAID                .00        26.00     24606.58        .00     24632.58
The Debtor's attorney, JANET L WATSON                , was allowed $   1900.00
and was paid $    1900.00 .

The Trustee received $    1063.10 .

Refunds to the Debtor totaled $       11.32 .
```

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/15/07                          /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 04 B 03929 KAREN SCHLABACH